# United States Bankruptcy Court
## Northern District of Oklahoma

In re  **Michael Allen Bradley**　　　　　　　　　　　　　　　Case No.  **15-11557**
　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　Chapter  **13**

## Notice of Change of Address

Debtor's Social Security Number:　　　　　　xxx-xx-1820

**My (Our) Former Mailing Address and Telephone Number was:**

Name:　　　　**Michael Allen Bradley**

Street:　　　　**23588 North 3930 Road**

City, State and Zip:　　**Bartlesville, OK 74003**


**My (our) new mailing address and telephone number is:**

Name:　　　　**Michael Allen Bradley**

Street:　　　　 **8601 S. Mingo Rd Unit 4115**

City, State and Zip:　　**Tulsa, Ok. 74133**


/s/ Ron D. Brown
Ron D. Brown OBA 16352
320 S. Boston Suite 1130
Tulsa, Ok 74103
(918) 585-9500
ron@ronbrownlaw.com